UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN D. BETTY,

       Plaintiff,

                                                    File no: 1:15-CV-445

v.

                                                    HON. ROBERT J. JONKER

DANIEL H. HEYNS, et al.,

       Defendants.
                              /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 18, 2017 (ECF No. 73). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 73) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's motion for a preliminary injunction (ECF No. 60) is **DENIED**.


Date:    June 14, 2017                     /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE