UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

QUENTIN D. BETTY #247284,

    Plaintiff,

v

CHAD CHANEY,

    Defendant.

No. 15-00445

HON. HALA Y. JARBOU

---

| | |
|---|---|
| Mark Magyar (P75090)<br>Dykema Gossett PLLC<br>Attorneys for Plaintiff<br>300 Ottawa Ave NW, Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7523<br>mmagyar@dykema.com | Michael R. Dean (P71333)<br>O.G. Reasons (P80463)<br>Assistant Attorneys General<br>Attorney for Defendant Chaney<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>deanm2@michigan.gov<br>ReasonsO@michigan.gov |

---

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff and Defendant, by counsel, hereby stipulate that this action be dismissed with prejudice as to Defendant Chad Chaney and without costs or attorney fees.

Dated: *March 29, 2021*     /s/ Mark J. Magyar
                                            Mark Magyar (P75090)
                                            Attorney for Plaintiff

Dated: *March 29, 2021*     /s/ Michael R. Dean
                                            Michael R. Dean (P71333)
                                            Attorney for Defendant

# ORDER

At a session of said Court held on the date set forth below.

PRESENT:    HONORABLE HALA Y. JARBOU
            United States District Court Judge

This action is hereby dismissed with prejudice and without costs or fees as to Defendant Chad Chaney.

                                    _____
                                    HONORABLE HALA Y. JARBOU
                                    United States District Court Judge

Dated: